# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 2:06-CR-21-1F

EULA JAMES

On Thursday, February 12, 2009, the above named was placed on supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  Respectfully submitted,

/s/ Dwayne K. Benfield  
Dwayne K. Benfield  
Senior U.S. Probation Officer

/s/ Thomas S. Vaughan  
Thomas S. Vaughan  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this  30  day of  August , 2010.

James C. Fox  
Senior U.S. District Judge